UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 27 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
         Plaintiff, )
vs. ) No.
)
PAULO A. FINCH, JR., )
) 4:19CR484 AGF/DDN
         Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 8, 2019, in St. Louis City, within the Eastern District of Missouri,

**PAULO A. FINCH, JR.,**

the defendant herein, knowingly possessed a stolen firearm, that is, one Glock, 9mm. semi-automatic pistol, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

### COUNT TWO

The Grand Jury further charges that:

On or about May 8, 2019, in St. Louis City, within the Eastern District of Missouri,

**PAULO A. FINCH, JR.,**

the defendant herein, who was then under indictment, and knew that he was under indictment, for a crime punishable by imprisonment for a term exceeding one year, to wit: one count of Stealing a Credit Card, in State of Missouri v. Paulo A. Finch, Jr., Cause Number 18SL-CR02576-01, did

willfully receive a firearm, that is, a Glock, 9mm. semi-automatic pistol, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

A TRUE BILL.

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____

JENNIFER J. ROY, #47203MO
Assistant United States Attorney